UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>CVS Pharmacy, Inc. v. American Express Travel Related Services Co., Inc.,<br>Case No.: 08-cv-02316 (NGG)(RER) | Master File No.: 11-MD-2221 (NGG)(RER) |

## NOTICE OF FILING PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff, CVS Pharmacy, Inc., notifies the Court that it is filing a First Amended Complaint with the written consent of the Defendants pursuant to Fed. R. Civ. Proc. Rule 15(a)(2). In conjunction with this filing, Plaintiff states as follows:

1. On February 7, 2011, Defendants provided written consent to the filing of the First Amended Complaint; and

2. CVS Pharmacy, Inc. is filing its First Amended Complaint *in stanter*.

Respectfully submitted,

Dated: February 25, 2011      By:   /s/David P. Germaine
　　　　　　　　　　　　　　　　　　Joseph M. Vanek
　　　　　　　　　　　　　　　　　　David P. Germaine
　　　　　　　　　　　　　　　　　　**VANEK, VICKERS & MASINI**
　　　　　　　　　　　　　　　　　　111 S. Wacker Drive, Suite 4050
　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　(312) 224-1500

　　　　　　　　　　　　　　　　　　*Attorneys for CVS Pharmacy, Inc.*