UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
:
IN RE: AMERICAN EXPRESS ANTI- STEERING   :
RULES ANTITRUST LITIGATION               :     11-MD-02221 (NGG)(RER)
                                         :
This Document Relates to: 10-CV-05369    :
                                         :
                                         :
-----------------------------------------------------------------------x

# PLAINTIFF PLYMOUTH OIL CORP. D/B/A LIBERTY GAS STATION'S
# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff PLYMOUTH OIL CORP. D/B/A/ LIBERTY GAS STATION ("Plaintiff Plymouth Oil Corp.") certifies the following:

1. Plaintiff Plymouth Oil Corp. is not a publicly traded corporation.

2. No publicly held or parent corporation owns 10% or more of Plaintiff Plymouth Oil Corp.'s stock.


Dated:   New York, New York
         April 8, 2011

                                              Respectfully submitted,

                                              /s/ Ronen Sarraf
                                              Ronen Sarraf
                                              SARRAF GENTILE LLP
                                              One Penn Plaza, Suite 2424
                                              New York, New York 10119
                                              Tel: (212) 868-3610
                                              Fax: (212) 918-7967

        Eugene A. Spector
        William G. Caldes
        SPECTOR ROSEMAN KODROFF& WILLIS, P.C.
        1818 Market Street, Suite 2500
        Philadelphia, PA 19103
        Tel.:  (215) 496-0300
        Fax:  (215) 496-6611

        David P. McLafferty
        MCLAFFERTY & ASSOCIATES, P.C.
        923 Fayette Street
        Conshohocken, PA 19428
        Tel.:  (610) 940-4000
        Fax:  (610) 940-4007

        *Counsel for Plaintiff Plymouth Oil*
        *Corp., d/b/a Liberty Gas Station*