UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AMERICAN EXPRESS ANTI-STEERING RULES ANTITRUST LITIG. (II) | 11-MD-02221 (NGG) (RER)<br>**ECF Case** |
| This Document Relates To: ALL ACTIONS | |

## STIPULATION AND ORDER REGARDING EXPERT DISCOVERY

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding expert discovery and testimony in this matter.

1. In order to avoid consuming the parties' and the Court's time and resources on potential discovery issues relating to experts, the parties have agreed to certain limitations on the scope of expert-related discovery and testimony in this matter. Neither the terms of this stipulation, nor the parties' agreement to this stipulation, imply that any of the information that need not be disclosed pursuant to this stipulation would otherwise be discoverable.

2. The following categories of data, information, communications, or documents need not be disclosed by any party or person, and all are outside the scope of permissible discovery in these actions (including, but not limited to, deposition questions and disclosures required pursuant to Fed. R. Civ. P. 26(a)(2)):

    a) any notes or other writings taken or prepared in connection with this action or any related litigation by or for a non-testifying expert (hereinafter "Consulting Expert"), including a Consulting Expert employed by or affiliated with a testifying expert, except to the extent any such notes or writings identify facts or data that the testifying expert considered in forming the opinions to be expressed or identify

assumptions that the testifying expert relied upon in forming the opinions to be expressed;

  b) all written or oral communications and/or notes of communications, to, from or between any testifying or Consulting Expert(s), except to the extent any such communications identify facts or data that the testifying expert considered in forming the opinions to be expressed or that identify assumptions that the testifying expert relied upon in forming the opinions to be expressed;

  c) drafts of parts of or whole Fed. R. Civ. P. 26(a)(2)(B) expert reports, affidavits, compilations, exhibits or declarations, including any comments contained within any such drafts; and

  d) all written and oral communications with counsel.

 3. The parties agree to comply with this Stipulation and Order pending the Court's approval and entry of this Order.

Dated: May 5, 2011

| BOIES, SCHILLER & FLEXNER LLP | VANEK, VICKERS & MASINI, P.C. |
|---|---|

/s/ _____
Donald L. Flexner
Philip C. Korologos
Eric J. Brenner
575 Lexington Avenue
New York, New York 10022

Evan R. Chesler
Peter T. Barbur
Kevin J. Orsini
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019

*Counsel for Defendant American Express Co. and American Express Travel Related Services Company, Inc.*

/s/ _____
Joseph M. Vanek
David P. Germaine
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606

Paul E. Slater
Mitchell H. Macknin
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603

Linda P. Nussbaum
Susan R. Schwaiger
GRANT & EISENHOFER, P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017

*Counsel for Plaintiffs CVS Pharmacy, Inc., Meijer, Inc., Publix Super Markets, Inc., Raley's, and Supervalu, Inc.*

KENNY NACHWALTER, P.A.          HANGLEY ARONCHICK SEGAL & PULDIN

/s/ _____
Rich A. Arnold
William J. Blechman
Douglas H. Patton
James Almon
201 South Biscayne Boulevard, Suite 1100
Miami, Florida 33131-4327

*Counsel for Plaintiffs Walgreen Co., H. E. Butt Grocery Co., The Kroger Co., Safeway Inc., Ahold U.S.A., Inc., Albertson's LLC, Hy-vee, Inc., and The Great Atlantic & Pacific Tea Company, Inc.*

/s/ _____
Steve D. Shadowen
Eric L. Bloom
30 North Third Street, Suite 700
Harrisburg, PA 17101-7101

*Counsel for Plaintiffs Rite Aid Corporation, Rite Aid Hdqtrs. Corp., and BI-LO LLC*

FRIEDMAN LAW GROUP LLP

/s/
Gary B. Friedman
Tracey Kitzman
270 Lafayette Street, 14th Floor
New York, New York 10012

Christopher W. Hellmich
Read K. McCaffrey
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037

Mark Reinhardt
Mark A. Wendorf
REINHARDT WENDORF &
BLANCHFIELD
1250 East First National Bank
332 Minnesota Street
St. Paul, MN 55101

*Lead Counsel for the Class Plaintiffs*

SO ORDERED:

Dated: Brooklyn, N
May 6, 201

/s/ RER
HON. RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE