**Discovery Conference held on July 26, 2011 before Judge Reyes**

**11-md-02221-NGG-RER**
**American Express Anti-Steering Rules Antitrust Litigation (NO II)**
&
**10-cv-04496-NGG -RER**
**United States of America et al v. American Express Company et al.**
&
**(Related Cases)**

**(Plaintiff's Counsel)**

| | |
|---|---|
| Craig Conrath | Mark Hamer |
| David Sonnenreich | Gary Friedman |
| Richard Arnold | Christopher Hellmich |
| William Blechman | Tracey Kitzman |
| Linda Nussbaum | Eric Bloom |

James Almon

Appearing by telephone David Germaine and Susan Schwaiger

**(Defendant's Counsel)**

Philip Korologos
Eric Brenner
Matthew Tripolitsiotis
Kevin Orsini