**10-cv-04496-NGG-RER United States of America et al v. American Express Company et al**
**11-md-02221-NGG-RER American Express Anti-Steering Rules Antitrust Litigation and related cases.**

**Motion Hearing held on March 27, 2012 before Magistrate Judge Ramon E. Reyes, Jr.**

*Attendance Sheet*

**Counsel appearing by telephone**
**Philip Korologos, representing American Express Company**
**David Germaine, representing CVS Pharmacy, Inc.**
**Patrick O'Shaughnessy, representing State of Ohio**

**Counsel appearing in person**
**William Blechman, representing Ahold U.S.A, Inc.**, **and Individual Plaintiffs in 11-md-2221**
**Eric Bloom, representing Bi-Lo, LLC**
**Evan Chesler, representing American Express Company**
**Craig Conrath, representing U.S.A**
**Donald Flexner, representing American Express Company**
**Gary Friedman, representing Animal Land, Inc.**
**Mark Hamer, representing U.S.A**
**Christopher Hellmich, representing animal Land, Inc.**
**Tracey L. Kitzman, representing Animal Land, Inc.**
**Linda Nussbaum, representing Bi-Lo, LLC**
**Kevin Orsini, representing American Express**