

**Grant & Eisenhofer P.A.**

123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500 • Fax: 646-722-8501
www.gelaw.com

1920 L Street, N.W., Suite 400
Washington, DC 20036
Tel: 202-386-9500 • Fax: 202-386-9505

lnussbaum@gelaw.com
(646) 722-8500

May 25, 2012

**VIA ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY  11201

    RE: *In Re American Express Anti-Steering Rules Antitrust Litigation (II)*
        Master File No.: 11-MD-02221-NGG-RER

Dear Judge Reyes:

    My firm represents CVS Pharmacy, Inc. in the above-reference matter. John D. Radice is no longer associated with Grant & Eisenhofer P.A. and we respectfully request that he be terminated as counsel.

    Grant & Eisenhofer P.A. continues to serve as counsel for Plaintiff CVS Pharmacy through its attorney Linda P. Nussbaum and all pleadings, notices, orders, correspondence and other papers filed in connection with this action should continue to be directed to Linda P. Nussbaum.

                                    Respectfully,

                                    /s/ *Linda P. Nussbaum*

                                    Linda P. Nussbaum

Cc: All counsel via ECF