

U.S. Department of Justice

Antitrust Division

*Liberty Square Building*

*450 Fifth Street NW*
*Washington, DC 20530*

July 12, 2012

**Via Facsimile:** (718) 613-2125

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, NY 11201

    Re:    *American Express Anti-Steering Rules Antitrust Litig.*, No. 11-md-02221

<u>Civil Investigative Demand No. 25238</u>

Dear Judge Reyes:

    Pursuant to your Order issued today, the Department of Justice submits the enclosed copy of Civil Investigative Demand No. 25238.

    Very truly yours,

    Andrew J. Ewalt
    Counsel for the United States

Enclosure