# CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| STUART W GOLD | SANDRA C GOLDSTEIN | WORLDWIDE PLAZA | GEORGE E ZOBITZ | KEVIN J ORSINI |
| JOHN W WHITE | THOMAS G RAFFERTY | 825 EIGHTH AVENUE | GEORGE A STEPHANAKIS | MATTHEW MORREALE |
| EVAN R CHESLER | MICHAEL S GOLDMAN | NEW YORK, NY 10019-7475 | DARIN P MCATEE | JOHN D BURETTA |
| MICHAEL L SCHLER | RICHARD HALL | | GARY A BORNSTEIN | J WESLEY EARNHARDT |
| RICHARD LEVIN | JULIE A NORTH | TELEPHONE: +1-212-474-1000 | TIMOTHY G CAMERON | YONATAN EVEN |
| KRIS F HEINZELMAN | ANDREW W NEEDHAM | FACSIMILE: +1-212-474-3700 | KARIN A DEMASI | BENJAMIN GRUENSTEIN |
| B ROBBINS KIESSLING | STEPHEN L BURNS | | LIZABETHANN R EISEN | JOSEPH D ZAVAGLIA |
| ROGER D TURNER | KEITH R HUMMEL | | DAVID S FINKELSTEIN | STEPHEN M KESSING |
| PHILIP A GELSTON | DAVID J KAPPOS | CITYPOINT | DAVID GREENWALD | LAUREN A MOSKOWITZ |
| RORY O MILLSON | DANIEL SLIFKIN | ONE ROPEMAKER STREET | RACHEL G SKAISTIS | DAVID J PERKINS |
| FRANCIS P BARRON | ROBERT I TOWNSEND, III | LONDON EC2Y 9HR | PAUL H ZUMBRO | JOHNNY G SKUMPIJA |
| RICHARD W CLARY | WILLIAM J WHELAN, III | TELEPHONE +44-20-7453-1000 | JOEL F HEROLD | J LEONARD TETI, II |
| WILLIAM P ROGERS, JR | SCOTT A BARSHAY | FACSIMILE +44-20-7860-1150 | ERIC W HILFERS | D SCOTT BENNETT |
| JAMES D COOPER | PHILIP J BOECKMAN | | GEORGE F SCHOEN | TING S CHEN |
| STEPHEN L GORDON | ROGER G BROOKS | WRITER'S DIRECT DIAL NUMBER | ERIK R TAVZEL | CHRISTOPHER K FARGO |
| DANIEL L MOSLEY | WILLIAM V FOGG | | CRAIG F ARCELLA | KENNETH C HALCOM |
| JAMES C VARDELL, III | FAIZA J SAEED | | TEENA-ANN V SANKOORIKAL | DAVID M STUART |
| ROBERT H BARON | RICHARD J STARK | | ANDREW R THOMPSON | |
| KEVIN J GREHAN | THOMAS E DUNN | (212) 474-1596 | DAMIEN R ZOUBEK | SPECIAL COUNSEL |
| C ALLEN PARKER | MARK I GREENE | | LAUREN ANGELILLI | SAMUEL C BUTLER |
| SUSAN WEBSTER | DAVID R MARRIOTT | | TATIANA LAPUSHCHIK | GEORGE J GILLESPIE, III |
| DAVID MERCADO | MICHAEL A PASKIN | | ERIC L SCHIELE | |
| ROWAN D WILSON | ANDREW J PITTS | | ALYSSA K CAPLES | OF COUNSEL |
| CHRISTINE A VARNEY | MICHAEL T REYNOLDS | | JENNIFER S CONWAY | PAUL C SAUNDERS |
| PETER T BARBUR | ANTONY L RYAN | | MINH VAN NGO | |

January 10, 2014

<u>United States of America, et al. v. American Express Co., et al.</u>
<u>10-CV-04496-NGG-RER</u>

<u>In re: American Express Anti-Steering Rules Antitrust Litigation (II)</u>
<u>11-MD-02221-NGG-RER</u>

(This Document Relates to Docket Nos. 08-CV-2315; 08-CV-2316; 08-CV-2317; 08-CV-2380; 09-CV-2406; 11-CV-0338)

Dear Judge Garaufis:

      We represent the American Express Defendants in the above-referenced actions. In accordance with the Court's September 13, 2013, Order, please find enclosed two courtesy copies of the following documents:

- Defendants' Application for Leave to File Documents Under Seal, dated January 9, 2014;

- Reply Memorandum of Law in Further Support of Defendants' Motion To Consolidate for the Purpose of Trial, dated January 9, 2014;

- Declaration of Justine V. Beyda in Further Support of Defendants' Motion To Consolidate for the Purpose of Trial, dated January 9, 2014, with Exhibits 41 to 48.

The aforementioned documents were electronically filed under seal on January 9, 2014.  The American Express Defendants filed their opening papers to its Motion To Consolidate on September 26, 2013, and Plaintiffs' opposition papers were filed on November 21, 2013.

Respectfully,

*[signature]*

Kevin J. Orsini

Hon. Nicholas G. Garaufis
　United States District Court
　　Eastern District of New York
　　　225 Cadman Plaza East
　　　　Brooklyn, NY 11201

Encls.

VIA ECF AND HAND DELIVERY

Copies w/o encls. to:

All Plaintiffs' Counsel (via ECF)