D/F

# FRIEDMAN LAW GROUP LLP

270 Lafayette Street 14th Floor  New York, New York 10012-3327
tel. 212 680.5150    fax. 646 277.1151   www.1gllp.com

February 10, 2014

*By ECF*
Honorable Nicholas G. Garaufis
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *In re American Express Anti-Steering Rules Antitrust Litig.,* 11-MD-2221 (NGG);
        *Marcus Corp. v. American Express,* 13-CV-07355 (NGG)

Dear Judge Garaufis:

As the Court directed at the February 6, 2014 conference, I am writing on behalf of Class Plaintiffs to transmit: (i) a revised proposed Class Settlement Preliminary Approval Order for the *In re American Express Anti-Steering Rules* class action; and (ii) a revised proposed Supplemental Class Settlement Preliminary Approval Order for the *Marcus* class action. The proposed Orders are attached hereto as Exhibits 1 and 2, respectively. The terms of the proposed Orders have been agreed upon by Class Plaintiffs and American Express.

In crafting our proposed timeline, which is set forth in the chart below, we have sought to ensure that the Court-appointed expert and the Court have sufficient time to review the various submissions of the parties and objecting Class Members. If the Court has any concerns with the proposed dates, we will make ourselves available at any time, in person or by phone.

## PROPOSED SCHEDULE

| Event | Due date | Number of days between relevant events |
|---|---|---|
| Epiq completes mailing to Class | Friday, 3/7/14 | 29 days from 2/6 hearing for Epiq to complete mailing |
| Class Plaintiffs file motions for final approval and for award of fees and costs | Tuesday, 4/15/14 | 68 days from 2/6 hearing for Class to move for final approval |

Honorable Nicholas G. Garaufis
February 10, 2014
Page 2 of 2

| Event | Due date | Number of days between relevant events |
|---|---|---|
| Close of objection period | Friday, 6/6/14 | 91 days from completion of mailing to Class; 52 days from motion for final approval |
| Submissions to the Court-appointed expert for consideration in connection with report | Friday, 6/6/14 | 91 days from completion of mailing to Class; 52 days from motion for final approval |
| Reply papers on motion for final approval | Friday, 7/11/14 | 35 days from close of objection period |
| Court-appointed expert to submit report | Monday, 8/11/14 | 66 days from due date for submissions to expert; 31 days from reply papers on motion for final approval |
| Responses (if any) to Court-appointed expert's report from parties or objectors | Tuesday, 9/2/14 | 22 days from submission of expert's report |
| Final approval hearing | Wednesday, 9/17/14 | 68 days from reply papers on motion for final approval; 15 days from responses to the expert's report |

Respectfully submitted,

Gary B. Friedman / SHL

Gary B. Friedman

Enclosures

cc:    All counsel, via ECF

Schedule approved.
So ordered.

s/Nicholas G. Garaufis

2/11/14